IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CV3018 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT E. WUSTER, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a Motion to Confirm Sale, filing 17.

IT IS HEREBY ORDERED that any person wishing to object to confirmation of the Marshal's sale conducted herein shall, not later than November 16, 2009, file with the Clerk and serve upon the parties to this action a written objection to confirmation of sale setting forth the basis for said objection.

IT IS FURTHER ORDERED that, in the event that no objection to confirmation of sale is filed by the date specified above, plaintiff's Motion to Confirm Sale shall be considered without hearing.

IT IS FURTHER ORDERED that, in the event that an objection to confirmation of sale is filed by the date specified above, all issues raised by said objection will be heard before the Court at 12:00 p.m. on November 23, 2009, in Courtroom 1, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this Order to the following parties:

| | |
|---|---|
| Scott E. Wuster | Jerome Nelson |
| ---------------------- | ------------------------ |
| Yutan, NE 68073 | Yutan, NE 68073 |

DATED: October 26, 2009.

BY THE COURT:

*Richard G. Kopf*
RICHARD G. KOPF
United States District Court Judge